> Dismissal without prejudice acknowledged as to Defendants [15].
>
> *Matthew P. Brookman, Judge*
> United States District Court
> Southern District of Indiana
>
> Dated: October 3, 2023

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| HANSA THOMAS, individually and on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>FORETHOUGHT LIFE INSURANCE COMPANY, an Indiana corporation; GLOBAL ATLANTIC INSURANCE NETWORK LLC, a Delaware limited liability company; and THE GLOBAL ATLANTIC FINANCIAL GROUP LLC, a foreign limited liability company,<br><br>    Defendants. | Case No. 1:23-CV-01549-MPB-MJD<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of the above-captioned action entitled *Hansa Thomas v Forethought Life Insurance Company, Global Atlantic Insurance Network, LLC, The Global Atlantic Financial Group LLC.*, 1:23-CV-01549-MPB-MJD, without prejudice. All parties shall bear their own respective costs.

DATED: October 2, 2023

Respectfully Submitted,

*/s/M. Anderson Berry*
M. Anderson Berry
Gregory Haroutunian
**CLAYEO C. ARNOLD**
**A PROFESSIONAL CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Phone: (916) 239-4778
Fax: (916) 924-1829
*aberry@justice4you.com*
*gharoutunian@justice4you.com*

1

          Timothy W. Emery*
          Patrick B. Reddy*
          Paul Cipriani*
          **EMERY REDDY, PLLC**
          600 Stewart Street, Suite 1100
          Seattle, WA 98101
          Phone: (206) 442-9106
          Fax: (206) 441-9711
          *emeryt@emeryreddy.com*
          *reddyp@emeryreddy.com*
          *paul@emeryreddy.com*

          **pro hac vice forthcoming*

          *Attorneys for Plaintiff and the Proposed Class*

Dated: October 2, 2023          **BAKER & HOSTETLER LLP**

          /s/*Paul G. Karlsgodt*
          Paul G. Karlsgodt
          *pkarlsgodt@bakerlaw.com*
          1801 California Street, Suite 4400
          Denver, CO 80202
          (303) 861-0600
          (303) 861-7805 (Fax)

          *Attorney for Defendants Forethought Life Insurance Company, Global Atlantic Insurance Network LLC, and The Global Atlantic Financial Group LLC*